AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LARRY JEROME BURNS, JR.,

    Plaintiff,

v.

CAPT. IRVIN, et al.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV421-113

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 4, 2024, Plaintiff's Complaint is dismissed for failing to obey a court order and failing to prosecute his case.  This case stands closed.

Approved by: _/s/ Christopher L. Ray_
**HON. CHRISTOPHER L. RAY**
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 4, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_/s/_
(By) Deputy Clerk

GAS Rev 10/2020